UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REMINGTON DONOVAN WILLINGHAM,

    Plaintiff,

v.

KING CNTY. DEP'T OF ADULT & JUV. DET., *et al.*,

    Defendants.

CASE NO. 2:21-cv-01028-RAJ-JRC

~~PROPOSED~~ **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the report and recommendation.

(2)     This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with court orders.

(3)     The Clerk is directed to CLOSE this case and SEND copies of this order to plaintiff and the Hon. J. Richard Creatura.

**DATED** this 10th day of January, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge